B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 09–19006**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Barbara Jeanette Milton–Randle
   aka Barbara Jeanette Randle
   127 Mason Street
   Calumet City, IL 60409

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0400

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                          FOR THE COURT

Dated: September 9, 2009                           Kenneth S. Gardner, Clerk
                                                             United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vbrown                Page 1 of 1             Date Rcvd: Sep 09, 2009
Case: 09-19006                 Form ID: b18                Total Noticed: 19

The following entities were noticed by first class mail on Sep 11, 2009.
db           +Barbara Jeanette Milton-Randle,   127 Mason Street,   Calumet City, IL 60409-5219
aty          +Peter L Berk,   Law Office of Peter L. Berk,   79 West Monroe,   Suite 900,
               Chicago, IL 60603-4914
tr           +Gus A Paloian,   Seyfarth, Shaw, Et Al,   131 South Dearborn Street,   Suite 2400,
               Chicago, IL 60603-5863
13961617      Bill Me Later,   PO Box 2394,   Omaha, NE 68103-2394
13961618     +Bureau of Collection Recovery,   7575 Corporate Way,   Eden Prairie, MN 55344-2000
13961619     +Calumet City Fire Dept.,   PO Box 457,   Wheeling, IL 60090-0457
13961623     +Freedman Anselmo et al.,   1807 W. Diehl Road,   Suite 333,   Naperville, IL 60563-1890
13961622     +Freedman Anselmo et al.,   PO Box 3228,   Naperville, IL 60566-3228
13961625     +IC System Inc,   444 Highway 96 East,   P.O. Box 64887,   Saint Paul, MN 55164-0887
13961626      Sams Club,   Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076
13961627     +Sisters of St Francis Health Svcs,   2434 Interstate Plaza Drive,   Suite 2,
               Hammond, IN 46324-3361
The following entities were noticed by electronic transmission on Sep 09, 2009.
tr           +EDI: QGAPALOIAN.COM Sep 09 2009 19:43:00      Gus A Paloian,   Seyfarth, Shaw, Et Al,
               131 South Dearborn Street,   Suite 2400,   Chicago, IL 60603-5863
13961615     +EDI: ARROW.COM Sep 09 2009 19:43:00      Arrow Financial Services,   5996 W Touhy Ave,
               Niles, IL 60714-4610
13961616     +EDI: HFC.COM Sep 09 2009 19:43:00      Beneficial hfc,   Attn: Bankruptcy,   961 Weigel Dr,
               Elmhurst, IL 60126-1058
13961620     +EDI: CAPITALONE.COM Sep 09 2009 19:43:00      Capital One Bank,   Attn: C/O TSYS Debt Management,
               Po Box 5155,   Norcross, GA 30091-5155
13961621     +EDI: CHASE.COM Sep 09 2009 19:43:00      Chase,   201 N. Walnut St//De1-1027,
               Wilmington, DE 19801-2920
13961624     +EDI: HFC.COM Sep 09 2009 19:43:00      Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,
               Carol Stream, IL 60197-5253
14279854     +EDI: WTRRNBANK.COM Sep 09 2009 19:43:00      Target,   1000 Nicollet Mall TPS 2064,
               Minneapolis MN 55403-2467
13961628     +EDI: WFFC.COM Sep 09 2009 19:44:00      Wells Fargo Home Mtg,   Attention: Bankruptcy Department,
               3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
13961629     +EDI: WFNNB.COM Sep 09 2009 19:43:00      Wfnnb tsa,   Po Box 182273,   Columbus, OH 43218-2273
                                                                                              TOTAL: 9

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2009                    Signature:    _Joseph Speetjens_